UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS ALAN NEBELSIECK,<br><br>Defendant. | No. 2:15-CR-0086-RMP-1<br><br>ORDER GRANTING MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE, AND MOTION TO EXPEDITE |

Before the Court is Defendant's unopposed Motion to Modify Release Conditions, ECF No. 34, and Motion to Expedite, ECF No. 33.

Defendant seeks a one-time suspension of Condition of Release No. 16, which prohibits him from being in the presence of minors, in order that on November 26, 2015, he may attend a family dinner where minors may be present.

Neither the United States nor the U.S. Probation Office object to Defendant's request, and Defendant's Motion states there will be responsible adults present at all times. Accordingly,

**IT IS ORDERED** Defendant's Motion to Modify Release Conditions, **ECF No. 34,** is **GRANTED**, and the Motion to Expedite, **ECF No. 33,** is **GRANTED.**

The prohibition against being in the presence of minors is modified for one day as follows: Defendant may be in the presence of minors on November 26, 2015, only, PROVIDED that a responsible adult who is aware of the pending charges is present at all times. On all other dates, all Conditions of Release ordered on September 9, 2015, (ECF No. 19), including Condition #16, shall be in full force

ORDER - 1

1 and effect.

2    DATED November 18, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2