PROB 12C
(6/16)

Report Date: September 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chris Alan Nebelsieck | Case Number: 0980 2:15CR00086-RMP-1 |
| Address of Offender: | Colton, Washington 99113 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 30, 2016

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. §§ 2252A(a)(2)(A) & 2252A(b)(1) |
| Original Sentence: | Prison - 60 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke |
| | Date Supervision Commenced: July 29, 2020 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: July 28, 2025 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition #20**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone number. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**: On or about August 27, 2021, Chris Nebelsieck allegedly violated the above-stated condition of supervision by accessing sexually explicit material.

On August 6, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Nebelsieck, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On August, 27, 2021, the undersigned officer received an email from the offender. The email referenced his polygraph and how the results would showcase noncompliance, specifically the viewing of x-rated DVD videos. The undersigned officer contacted Mr. Nebelsieck for

Prob12C
Re: Nebelsieck, Chris Alan
September 3, 2021
Page 2

clarification and he verbally admitted to viewing pornographic material, approximately 100 times over the last 4 months.

On August 30, 2021, the undersigned officer communicated with the polygrapher who facilitated Mr. Nebelsieck's exam. The polygrapher confirmed this behavior was admitted by Mr. Nebelsieck prior to administering the test. Lastly, the test results were provided for supplemental verification.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 3, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/3/2021
Date